IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**Alternative Dispute Resolution Summary**

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 3:06-CV-0747-D

2. Style of case: SOUTHWEST AIRLINES CO. PROFIT SHARING/401(K) COMMITTEE ET AL. V. UBS GLOBAL ASSET MANAGEMENT (AMERICAS),

3. Nature of suit: Unknown

4. Method of ADR used:    **X Mediation**    ☐ Mini-Trial    ☐ Summary Jury Trial

5. Date ADR session was held: Scheduled for 4/16/2007

6. Outcome of ADR (*Select one*):

    X Parties did not use my services.*        ☐ Settled, in part, as result of ADR
    *Mediation scheduled for 4/16/07.  Advised of settlement on 4/13/07.
    ☐ Settled as a result of ADR.        ☐ Parties were unable to reach settlement.
    ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7. What was your TOTAL fee: $N/A

8. Duration of ADR: N/A  (i.e., one day, two hours)

9. Please list persons in attendance (including party association, i.e., defendant, plaintiff): (Provider)

    Courtenay L. Bass - Mediator

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

Provider information:

*Courtenay L. Bass*        April 13, 2007
Signature                  Date

3131 McKinney Avenue, Suite 125, Dallas, Texas  75204        (214)303-4500
Address                                                      Telephone

**Edward P. Perrin, Jr., Esq.**
Hallett & Perrin, P.C.
2001 Bryan Street
Suite 3900
Dallas, TX  75201
(214) 953-0053
(214) 922-4141

**Jennifer R. Rakstad, Esq.**
Mayer, Brown, Rowe & Maw, LLP
71 South Wacker Drive
Chicago, IL  60606-4637
(312) 782-0600
(312) 701-7711